# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR JACKSON, | ) |
| Plaintiff, | ) Civil Action No. 09-268 |
| v. | ) Chief Judge Ambrose |
| | ) Magistrate Judge Bissoon |
| JOSEPH DAVID HOROWITZ, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Victor Jackson's prisoner civil rights action was filed on March 2, 2009, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report, filed on March 9, 2009, recommended that this action be dismissed in accordance with the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2)(B)(ii). The parties were allowed ten days from the date of service to file objections. Service of the Report was made by First Class United States Mail on the Plaintiff at his place of incarceration, the Allegheny County Jail. Objections were due on or before March 26, 2009. No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following ORDER is entered:

AND NOW, this 2d day of April, 2009,

IT IS HEREBY ORDERED that this action is DISMISSED. The Clerk is directed to mark this case CLOSED.

The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 4), dated March 9, 2009, is adopted as the opinion of the court.

s/Donetta Ambrose
Donetta Ambrose
Chief U.S. District Court Judge

cc:
VICTOR JACKSON
55627
Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219